IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

v.

**JOSE RAMOS-CARTAGENA et. al.,** Defendant.

**CRIMINAL NO. 97-110(JAG)**

### UNITED STATES' MOTION TO WITHDRAW

**TO THE HONORABLE COURT:**

Assistant United States Attorney Jose A. Ruiz is no longer a prosecutor assigned to this case. Consequently, it is respectfully requested that the Court grant this motion for the undersigned AUSA to be withdrawn as attorney for the United States in this particular case.

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant this motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this day 16th of February, 2024.

W. STEPHEN MULDROW
United States Attorney

*s/Jose A. Ruiz*
Jose A. Ruiz
Assistant United States Attorney
Unites States Attorney's Office
350 Chardon Ave., Suite 1201
San Juan, Puerto Rico 00918
Tel: 787-766-5656

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this day 16th of February, 2024.

*s/Jose A. Ruiz*
Jose A. Ruiz
Assistant United States Attorney